# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:19-CR-00368-MOC-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| OSCAR HERNANDEZ MALDONADO, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's "Motion to Unseal" (Doc. 64) filed June 28, 2022. The Government requests an order directing that the following documents be unsealed after the United States has been afforded the opportunity to make redactions to comply with 18 U.S.C. § 3509(d):

Document 3 (Criminal Complaint and Affidavit);

Document 58 (Detention Hearing);

Document 59 (Rule 11 Hearing); and

Document 60 (Sentencing Hearing).

For the reasons set forth therein, the Motion will be granted. The Government is directed to provide redacted versions of the above documents as detailed in the Motion for filing with the Clerk. The Clerk is directed to seal Document 3, which is currently unsealed.

The Clerk is directed to send copies of this Order to defense counsel, the United States Attorney and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: July 5, 2022

David S. Cayer
United States Magistrate Judge